UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Cardional Anna Vines Carter,**

    **Plaintiff,**

v.                                  Case No. 2:13–cv–301

**Life of the South,** *et al.,*                 Judge Michael H. Watson
                                                        Magistrate Judge Abel

    **Defendants.**

## ORDER

This matter is before the Court for consideration of the April 3, 2013 Report and Recommendation of the United States Magistrate Judge to whom this case was assigned for initial screening under 28 U.S.C. § 1915(e)(2). ECF No. 3. The Magistrate Judge recommended that the Court dismiss the complaint because it fails to contain a short and plain statement of the claims pleaded against each defendant.

The Report and Recommendation of the Magistrate Judge specifically advises parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." Report and Recommendation 3, ECF No. 3. The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

Plaintiff did file a document titled "Motion for Leave of Court to File a Bill of Complaint" fifteen days following the Report and Recommendation but it cannot be

construed as objections. ECF No. 5. The Court is unable to decipher much of the handwriting but it appears to be a list of documents titled "Evidences" and several paragraphs which list rules and statutes. It does not specifically designate the part of the Report and Recommendation to which Plaintiff objects.

Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge, ECF No. 3, and **DISMISSES** Plaintiff's complaint.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT